UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SUPPRESSED

FILED
NOV 15 2023
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )
)
RYAN MOORE, ) No. 4:23CR641-SEP/JMB
)
Defendant.

**INDICTMENT**

**COUNT ONE**

The Grand Jury charges that on or about June 21, 2023, in St. Louis City, within the Eastern District of Missouri,

**RYAN MOORE,**

the Defendant herein, knowingly possessed one or more firearms, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearms previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

______________________________

FOREPERSON

SAYLER A. FLEMING
United States Attorney

______________________________

ASHLEY M. WALKER, #67175MO
Assistant United States Attorney